# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2014

146573

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

MUSASHI AUTO PARTS OF MICHIGAN,
INC., d/b/a TECHNICAL AUTO PARTS, INC.,
      Plaintiff-Appellee,

v

      SC: 146573
      COA: 305268
      Ct of Claims: 10-000013-MT

DEPARTMENT OF TREASURY,
      Defendant-Appellant.

_____/

      By order of May 22, 2013, the application for leave to appeal the December 13, 2012 judgment of the Court of Appeals was held in abeyance pending the decision in *NACG Leasing v Dept of Treasury* (Docket No. 146234). On order of the Court, the case having been decided on February 6, 2014, 495 Mich 26 (2014), the application is again considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2014



t0421

Clerk